```
                    UNITED STATES DISTRICT COURT
                              for the
                      DISTRICT OF NEW JERSEY
```

-------------------------------X
**CATHY TODD, et al.,**

                                           Civ. 04-2119

                                    ORDER OF REASSIGNMENT

        vs.

**BECHTEL TELECOMMUNICATIONS, et al.,**
-------------------------------X

It is on this 5th day of July, 2007,

O R D E R E D that the above entitled action is reassigned from Judge John C. Lifland to Judge Garrett E. Brown, Jr.

                                        _s/Garrett E. Brown, Jr.___
                                  GARRETT E. BROWN, JR., CHIEF JUDGE
                                    UNITED STATES DISTRICT COURT